**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
Ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
Charles Simon

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES SIMON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC., A Delaware Corporation,<br><br>Defendant. | **Case No.:** 3:21-cv-01488-LL-MSB<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT SEAWORLD PARKS & ENTERTAINMENT, INC. ON AN INDIVIDUAL BASIS** |

---

**PLAINTIFF'S NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**
**CASE # 3:21-CV-01488-LL-MSB**

**TO THIS COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the action has settled on an individual basis only. In light of settlement, Plaintiff Charles Simon respectfully requests that all pending deadlines be vacated and that the Court afford the parties through August 8, 2022, to file a joint motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: July 7, 2022   Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ *Abbas Kazerounian*
ABBAS KAZEROUNIAN, ESQ.
Ak@kazlg.com
*Attorney for Plaintiff*

2

**PLAINTIFF'S NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**
**CASE # 3:21-CV-01488-LL-MSB**