1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SIMON, individually and behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC., a Delaware Corporation,<br><br>                                        Defendant. | Case No.:  21cv1488-LL-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**[ECF No. 28]** |

        Presently before the Court is a Joint Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 28.  Good cause appearing, the Court **GRANTS** the Joint Motion.

        Accordingly, Plaintiff's individual claims against Defendant in this action are hereby **DISMISSED WITH PREJUDICE**. Plaintiff's purported class claims asserted against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

/ / /

/ / /

The parties shall each bear their respective attorneys' fees and costs. The Clerk is hereby directed to close this case.

**IT IS SO ORDERED**.

Dated:  July 20, 2022

_____

Honorable Linda Lopez
United States District Judge

21cv1488-LL-MSB